UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BOBBY MORRIS, )
    Plaintiff (s), )
     )
  v. ) Case No.
     )
BELFOR Franchise Group, LLC, )
    Defendant(s). )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Bobby Morris__ and notifies the court of the intent to use
(Plaintiff or Defendant)

__Motor City Legal Process Servers LLC__
(name and address of process server)

__607 Shelby St Suite 700, Detroit, MI__

To serve: __BELFOR Franchise Group, LLC__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

August 24, 2025            /s/ Anthony I. Paronich
(date)            (attorney for Plaintiff)

           (attorney for Defendant)