**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>BELFOR FRANCHIS GROUP, LLC,<br><br>      Defendant. | Case No. 4:25-cv-01269 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Scott J. Helfand of the law firm of Husch Blackwell LLP enters his appearance in the above-referenced matter for Defendant and requests that copies of all pleadings, motions, orders, notices, correspondence, and documents of any kind regarding the above-captioned matter be served upon said counsel.

Dated:  September 12, 2025

BELFORE FRANCHIS GROUP, LLC
Defendant

By:  /s/ Scott J. Helfand
     Scott J. Helfand
     HUSCH BLACKWELL LLP
     120 South Riverside Plaza, Suite 2200
     Chicago, IL  60606
     Telephone: (312) 655-1500
     Facsimile:  (312) 655-1501
     Scott.Helfand@huschblackwell.com