MOED-0001            DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

BOBBY MORRIS, individually and on behalf of all others similarly situated, )
)
Plaintiff(s),                    )
)
vs.                              )   Case No. 4:25-CV-01269
)
BELFOR FRANCHISE GROUP, LLC      )
)
)
Defendant(s).                    )

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for <u>Defendant</u> hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

    a. Whether it is publicly traded, and if it is, on which exchange(s):
        Not publicly traded.

    b. Its parent companies or corporations (if none, state "none"):
        Belfor is a wholly owned subsidiary of BELFOR (USA) Group, Inc. BELFOR (USA) Group, Inc. is a wholly owned subsidiary of BELFOR Holdings, Inc. BELFOR Holdings, Inc. is fully owned by ASP BF Intermediate Sub, LLC.

    c. Its subsidiaries not wholly owned by the subject (if none, state "none"):
        None

    d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
        None

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
    N/a

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001            DISCLOSURE STATEMENT

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

/s/ Scott J. Helfand

Signature (Counsel for Plaintiff/Defendant)
Print Name: Scott J. Helfand, #6283064
Address: 120 S. Riverside Plaza Ste 2200
City/State/Zip: Chicago, IL 60606
Phone: 312-655-1500

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (~~by mail, by hand delivery, or~~ by electronic notice) on all parties on: September 12, 20 25.

/s/ Scott J. Helfand

Signature