## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

BOBBY MORRIS, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

BELFOR FRANCHIS GROUP, LLC,

        Defendant.

Case No. 4:25-cv-01269

### CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), and with the consent of Plaintiff, Defendant, Belfor Franchise Group, LLC ("Belfor"), hereby respectfully submits this motion for an extension of time of an additional 28 days, until October 15, 2025, for Belfor to answer, move, or otherwise respond to the complaint in this action, and in support, state as follows:

1. Belfor was served with Plaintiff's complaint on August 27, 2025. The operative deadline for Belfor to answer, move or otherwise respond to the complaint in this action, is September 17, 2025.

2. Following service, Belfor has been investigating the claims made in the complaint and additional time would assist it in responding to the allegations contained therein. Thus, Belfor respectfully requests that its responsive pleading deadline be extended by 28 days to October 15, 2025.

3. Counsel for Belfor has contacted counsel for Plaintiff regarding the requested extension, and counsel for Plaintiff has consented to the extension.

4. No party will be prejudiced by this Court granting the relief sought in this Motion.

5. This is the first request for an extension of time for Belfor to file its response to Plaintiff's complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

WHEREFORE, Belfor hereby respectfully requests an extension of time of 28 days to October 15, 2025, for Belfor to answer, move or otherwise respond to the complaint in this action in this action and for such other and further relief as the Court deems just and proper in the premises.

Dated: September 12, 2025

Respectfully submitted,

By: */s/ Scott J. Helfand*
Matthew D. Knepper
MO State Bar No. 61731
HUSCH BLACKWELL LLP
8001 Forsyth Boulevard, Suite 1500
St. Louis, Missouri 63105-1706
Phone: (314) 480-1500
Fax: (314) 480-1505

Scott J. Helfand
IL State Bar No. 6283064
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Phone: (312) 655-1500
Fax: (312) 655-1501
scott.helfand@huschblackwell.com

***Attorneys for Belfor Franchise Group, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that today, this 12th day of September 2025, I caused the foregoing document to be filed electronically with the Clerk of Court and therefore served upon all counsel of record.

*/s/ Scott J. Helfand*
Scott J. Helfand