IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BELFOR FRANCHISE GROUP, LLC<br><br>Defendant. | Case No.   25-cv-1269<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PARTY NAME**

The plaintiff moves to substitute the party name "Redbox+ International, LLC" for the currently named "Belfor Franchise Group, LLC" Fed. R. Civ. P. 21 states that "Parties may be … added by order of the Court on motion of any party or of its own motion at any stage of the action and on such terms as are just." Here, the Defendant has provided Plaintiff's counsel with sufficient information demonstrating the correct party.

WHEREFORE, the Plaintiff respectfully requests that this Motion be granted.

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*

1