**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> REDBOX + INTERNATIONAL, LLC, <br><br> Defendant. | Case No. 4:25-cv-01269 |

**CONSENT MOTION FOR EXTENSION OF TIME FOR**
**DEFENDANT TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), and with the consent of Plaintiff, Defendant, Redbox+ International, LLC ("Redbox+"), hereby respectfully submits this motion for an extension of time of an additional 28 days, until December 16, 2025, for Redbox+ to answer, move, or otherwise respond to the complaint in this action, and in support, states as follows:

1.    Plaintiff originally named "Belfor Franchise Group, LLC" as the defendant in this action. Following investigation by Belfor and discussion with Plaintiff's counsel, Plaintiff amended the Complaint to substitute Redbox+ as the proper defendant.

2.    On September 19, 2025, Redbox+ signed a waiver of service of the summons of the amended complaint. Doc. No. 10. Redbox+'s response deadline is thus November 18, 2025.

3.    Redbox+ has been investigating the claims made in the complaint and engaged Plaintiff in initial discussions regarding the case. Additional time would assist Redbox+ in responding to the allegations contained therein and enable the parties to focus on potential additional discussions. Thus, Redbox+ respectfully requests that its responsive pleading deadline be extended by 28 days to December 16, 2025.

4.     Counsel for Redbox+ has contacted counsel for Plaintiff regarding the requested extension, and counsel for Plaintiff has consented to the extension.

5.     No party will be prejudiced by this Court granting the relief sought in this Motion.

6.     This is the first request for an extension of time for Redbox+ and the second extension in this case to file the response to Plaintiff's complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

WHEREFORE, Redbox+ hereby respectfully requests an extension of time of 28 days to December 16, 2025, for Redbox+ to answer, move or otherwise respond to the complaint in this action and for such other and further relief as the Court deems just and proper in the premises.

 Dated: November 17, 2025                    Respectfully submitted,

                                             By: */s/  Scott J. Helfand*            

                                                  Matthew D. Knepper
                                                  MO State Bar No. 61731
                                                  HUSCH BLACKWELL LLP
                                                  8001 Forsyth Boulevard, Suite 1500
                                                  St. Louis, Missouri 63105-1706
                                                  Phone:  (314) 480-1500
                                                  Fax:  (314) 480-1505

                                                  Scott J. Helfand
                                                  IL State Bar No. 6283064
                                                  HUSCH BLACKWELL LLP
                                                  120 S. Riverside Plaza, Suite 2200
                                                  Chicago, Illinois 60606
                                                  Phone: (312) 655-1500
                                                  Fax: (312) 655-1501
                                                  scott.helfand@huschblackwell.com

                                                  ***Attorneys for Redbox+ International, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that today, this 17th day of November 2025, I caused the foregoing document to be filed electronically with the Clerk of Court and therefore served upon all counsel of record.

/s/ Scott J. Helfand
Scott J. Helfand