IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REDBOX + INTERNATIONAL, LLC,<br><br>Defendant. | Case No. 4:25-cv-01269 |

**CONSENT MOTION TO STAY DEADLINES**
**PENDING SETTLEMENT AND DISMISSAL**

Pursuant to Fed. R. Civ. P. 6(b), and with the consent of Plaintiff, Defendant, Redbox+ International, LLC, hereby respectfully submits this motion to stay Defendant's deadline to answer, move, or otherwise respond to the complaint in this action and all other deadlines in light of the parties' settlement in principle and anticipated forthcoming dismissal. In support, Defendant states as follows:

1. Defendant's response deadline is currently December 16, 2025.

2. The parties have reached a settlement in principle of Plaintiff's claims on an individual basis. Plaintiff and Defendant are in the process of memorializing the terms of the settlement and anticipate needing additional time to document the settlement.

3. The parties will thereafter file a stipulation of dismissal or otherwise move for a dismissal of the case.

4. Thus, Defendant respectfully requests that its responsive pleading deadline and all other deadlines in this case be stayed.

5. Counsel for Defendant has contacted counsel for Plaintiff regarding the requested stay, and counsel for Plaintiff has consented to the stay.

1

6.       No party will be prejudiced by this Court granting the relief sought in this Motion.

WHEREFORE, Redbox+ hereby respectfully requests a stay of its deadline to answer, move or otherwise respond to the complaint in this action and of all other deadlines in this case and for such other and further relief as the Court deems just and proper in the premises.

Dated: December 16, 2025                    Respectfully submitted,

By: /s/  Scott J. Helfand

Matthew D. Knepper
MO State Bar No. 61731
HUSCH BLACKWELL LLP
8001 Forsyth Boulevard, Suite 1500
St. Louis, Missouri 63105-1706
Phone:  (314) 480-1500
Fax:  (314) 480-1505

Scott J. Helfand
IL State Bar No. 6283064
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Phone: (312) 655-1500
Fax: (312) 655-1501
scott.helfand@huschblackwell.com

***Attorneys for Redbox+ International, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that today, this 16th day of December 2025, I caused the foregoing document to be filed electronically with the Clerk of Court and therefore served upon all counsel of record.

*/s/ Scott J. Helfand*
Scott J. Helfand
