UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 4:25-CV-1269 SRW |
| vs. | ) ) |
| REDBOX + INTERNATIONAL, LLC, | ) ) |
| Defendants. | |

## ORDER OF DISMISSAL

This matter is before the Court on the Plaintiff Bobby Morris' Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (ECF No. 16). In accordance with the Voluntary Dismissal, this matter is **DISMISSED** with prejudice.

So Ordered this 12th day of February, 2026.

**CRISTIAN M. STEVENS**
**UNITED STATES DISTRICT JUDGE**